DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| | | | |
|---|---|---|---|
| 502P13 | State v. Jevon Arvin Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA13-317) | Denied |
| 532P09-4 | State v. David Louis Richardson | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Pitt County | Dismissed |
| 535P13-3 | Jennifer Tyll and David Tyll v. Joey Berry | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-512)<br><br>2. Def's *Pro Se* NOA Based Upon a Constitutional Question | 1. Denied<br><br>2. Dismissed *Ex Mero Motu* |
| 545P13 | Rockford-Cohen Group, LLC and Lynette Thompson v. N.C. Dept. of Insurance, Commissioner of Insurance Wayne Goodwin, and N.C. Bail Agents Association, a N.C. Non-Profit Corporation | 1. Defs' (N.C. Bail Agents Association) NOA Based Upon a Constitutional Question (COA13-124)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. ---<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as Moot |
| 557P13 | Tyki Sakwan Irving v. Charlotte Mecklenburg Board of Education | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1496) | Allowed |
| 566P13 | State v. Philip Warnew Smith | Def's Petition for *Writ of Certiorari* to Review the Decision of the COA (COA13-463) | Denied |
| 568A03-2 | State v. Stubbs | 1. Def's Motion for Extension of Time to File Brief<br><br>2. Def's Motion to Deem Motion for Extension of Time to File Brief Timely Filed | 1. Allowed **07/22/2014**<br><br>2. Allowed **07/22/2014** |
| 580P05-10 | In re: David L. Smith | 1. Petitioner's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>3. Petitioner's *Pro Se* Petition for *Writ of Certiorari* | 1. Denied **08/11/2014**<br><br>2. Denied **08/11/2014**<br><br>3. Denied **08/11/2014** . |
| 580P05-11 | In re: David L. Smith | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **08/19/2014** |